1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL ANDREW BOND and VICTORIA          No.  2:24-cv-3672 DAD AC
     PIKE BOND,
12
                    Plaintiffs,
13                                          ORDER
             v.
14
     UNITED STATES,
15
                    Defendant.
16

17

18          The court is in receipt of plaintiffs' ex parte request to participate in electronic filing

19   pursuant to Local Rule 133(b)(3).  ECF No. 31.  The court has reviewed the filing and, upon

20   finding good cause, GRANTS plaintiffs' request.  The clerk of court is hereby ordered to make

21   the necessary arrangements to allow plaintiffs to participate in electronic filing for this case.

22          IT IS SO ORDERED.

23   DATED: January 31, 2025

24   _____

25   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE
26

27

28