Paul Andrew Bond (925-247-0011, dasbrusr@sonic.net)
Victoria Pike Bond (415-488-7195)
99 Bridgeview Court
Crockett, CA  94525

Plaintiffs

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDREW BOND and VICTORIA PIKE BOND,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | No. 2:24-cv-03672-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFYING PRETRIAL SCHEDULING ORDER (ECF 43)** |

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and among the parties, that Defendant shall have up to and including October 31, 2025, to respond to Plaintiffs' Requests for Production of Documents served on August 27, 2025.

IT IS HEREBY FURTHER STIPULATED, by and among the parties and subject to Court approval, that the Pretrial Scheduling Order in this case (ECF 43) shall be modified as outlined below.

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Hearing Motions to Compel | February 11, 2026 | April 13, 2026 |
| Discovery Cutoff | March 4, 2026 | May 4, 2026 |
| Initial Expert Disclosures | March 19, 2026 | May 19, 2026 |
| Rebuttal Expert Disclosures | April 16, 2026 | June 16, 2026 |
| Deadline for Hearing Non-Discovery Motions | June 3, 2026 | August 3, 2026 |
| Joint Pretrial Statement | February 24, 2027 | No change. |
| Final Pretrial Conference | March 3, 2027 | No change. |
| Bench Trial | April 19, 2027 | No change. |

The reasons for this stipulation are as follows.

1. Plaintiffs Paul and Victoria Bond seek damages from the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–80, for the alleged negligent acts and omissions of the United States Forest Service in connection with the Caldor Fire that burned 221,835 acres in the Eldorado National Forest and other areas of the Sierra Nevada in 2021.

2. Undersigned counsel for the United States recently appeared in this case on August 14, 2025, due to the imminent retirement of the United States' prior counsel. *See* ECF 45. Shortly thereafter, Plaintiffs served 141 Requests for Production of Documents on the United States.

3. Undersigned counsel for the United States will be preparing for and conducting a jury trial for much of September and potentially some of October 2025. In addition, undersigned counsel for the United States is juggling numerous new case-related obligations occasioned by several departures

from the United States Attorney's Office and the federal hiring freeze, *see* Memorandum for the Heads of Executive Departments and Agencies (Apr. 17, 2025), https://www.whitehouse.gov/presidential-actions/2025/04/extension-of-hiring-freeze; Memorandum for the Heads of Executive Departments and Agencies (July 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/07/ensuring-accountability-and-prioritizing-public-safety-in-federal-hiring.

4. Undersigned counsel for the United States requires additional time to respond to Plaintiffs' Requests for Production of Documents. Plaintiffs are amenable to granting the request, but they believe they will need additional time to review the United States' responses, which in turn requires modifying the Pretrial Scheduling Order as set forth above.

5. The Final Pretrial Conference and Bench Trial dates are not affected by this Stipulation and Proposed Order.

6. For the foregoing reasons, the parties respectfully submit that there is good cause for the Pretrial Scheduling Order to be modified as requested above.

Respectfully submitted,

Dated: September 2, 2025      /s/ *Paul Andrew Bond*      (authorized 9/2/2025)
PAUL ANDREW BOND
Plaintiff

Dated: September 2, 2025      /s/ *Victoria Pike Bond*      (authorized 9/2/2025)
VICTORIA PIKE BOND
Plaintiff


Dated: September 2, 2025      ERIC GRANT
United States Attorney

By:   /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**

Dated: September 2, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE